# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Koji S. Stewart,

    Petitioner,               JUDGMENT IN A CIVIL CASE

vs.                                    3:08cv487

USA,

    Respondent.

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/31/2008 Order.

Signed: October 31, 2008

Frank G. Johns, Clerk
United States District Court